IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

ALEX EMILO BUSTILLO-MUNGUIA,

    Plaintiff,

v.                                CIVIL ACTION NO.: CV514-049

GLEN JOHNSON, Warden, and
DR. SHARON LEWIS, Medical
Director, GDC,

    Defendants.

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Plaintiff filed Objections. A review of these Objections reveals that Plaintiff is dissatisfied with the level of medical care and treatment he has received at Ware State Prison. As the Magistrate Judge noted, such allegations do not rise to the level of establishing a violation of Plaintiff's constitutional rights.

Plaintiff's Objections are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Plaintiff's Complaint is

**DISMISSED** based on Plaintiff's failure to state a claim upon which relief may be granted. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 21 day of October, 2014.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA